

# Fourth Court of Appeals
## San Antonio, Texas

April 25, 2016

No. 04-16-00222-CV

**IN RE** Leticia **MONTEMAYOR**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On April 8, 2016, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* Tex. R. App. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than May 16, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on April 25, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2011CVW001587 C3, styled *In the Interest of R.E.M., A Child*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.